**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1324**

MONISOLA AUGUSTA ADEYEMO; JULIANA ADEYEMI OGUNLUSI,

        Plaintiffs – Appellants,

      v.

JOHN F. KERRY, Secretary of the U. S. Department of State;
JOSEPH D. STAFFORD, III, Consul General, U. S. Consulate
General, Lagos,

        Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, Chief District
Judge. (8:12-cv-00874-DKC)

Submitted: October 15, 2013    Decided: November 12, 2013

Before DAVIS, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Fatai A. Suleman, AMITY & SULEMAN, P.A., Greenbelt, Maryland,
for Appellant. Rod J. Rosenstein, United States Attorney,
Larry D. Adams, Assistant United States Attorney, Baltimore,
Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monisola Augusta Adeyemo and Juliana Adeyemi Ogunlusi appeal the district court's order dismissing their civil complaint for lack of subject matter jurisdiction under the doctrine of consular nonreviewability and for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Adeyemo v. Kerry, No. 8:12-cv-00874-DKC (D. Md., Feb. 7, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED